# DISTRICT OF COLUMBIA COURT OF APPEALS

| | | | | |
|---|---|---|---|---|
| Dyson v. United States ...... | 14–CM–1423, 15–CO–975 | 09/29/2016 | Affirmed | Richter and Leibovitz |
| Brown v. United States ..... | 14–CM–1453 | 09/29/2016 | Remanded and vacated, in part; Affirmed, in part | Beck |
| Dickson v. District of Columbia ..................... | 14–CT–879 | 09/29/2016 | Affirmed | Lee |
| Hyland v. United States ..... | 15–CM–981 | 09/29/2016 | Affirmed | Williams |
| Crowder v. District of Columbia.................. | 15–CV–245 | 09/29/2016 | Affirmed | Motley |
| Taylor v. District of Columbia Department of Employment Services ............ | 14–AA–1253, 15–AA–593 | 09/26/2016 | Affirmed | Dist. of Columbia Dept. of Employment Services - Compensation Review Bd |
| Portee–White v. District of Columbia ............... | 14–AA–1430 | 09/22/2016 | Affirmed | Dist. of Columbia Dept. of Employment Services - Compensation Review Bd |
| Waldon v. United States..... | 15–CF–0680 | 09/22/2016 | Affirmed | Leibovitz |
| Jackson v. United States .... | 15–CF–438 | 09/22/2016 | Affirmed | Edelman |
| Chenaugui v. United States .. | 15–CM–460 | 09/22/2016 | Affirmed | Leibovitz |
| Anderson v. United States ... | 15–CM–726 | 09/22/2016 | Affirmed | Cushenberry, Jr. |